## THE PEOPLE OF UTAH TERRITORY EX REL. W. H. DICKSON, UNITED STATES DISTRICT ATTORNEY, RESPONDENT, *v.* JAMES JACK, APPELLANT.

AFFIRMED, U. S. SUPREME COURT.

CONSTITUTIONAL LAW.—RIGHT TO OFFICE.—*People* v. *Clayton*, ante p. 421, followed and the defendant held to have no right to the office of territorial treasurer,

APPEAL from a judgment of the district court of the third district, ousting appellant from the office of territorial treasurer. The opinion states the facts.

*Messrs. Sutherland & McBride, Mr. Arthur Brown, Mr. Le Grande Young, and Mr. Ben Sheeks*, for the appellant.

*Mr. P. L. Williams and Mr. W. H. Dickson,* for the respondent.

POWERS, J.:

The complaint in the above case alleges that the defendant, prior to the year A. D. 1880, did usurp and intrude into the office of territorial treasurer in and for the territory of Utah, and ever since that time he has and does still hold and exercise the said office without authority of law. The questions arising are identical with those in the case of *People* v. *Clayton*, ante p. 421; and this case is ruled by that. Our conclusion is that the defendant has shown no title to the office; that a vacancy existed which the governor was authorized to fill, and that Bolivar Roberts, the governor's appointee, by virtue of his appointment and qualification, is the treasurer of Utah; and that he is entitled to said office.

The judgment of the court below is affirmed, with costs.

ZANE, C. J., and BOREMAN J., concurred.